UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62551-CV-SMITH

JOAN SIMRING,

    Plaintiff,

vs.

ADAM D. ZUCKERMAN, D.C.; *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Dismissal with Prejudice [DE 46], dismissing Defendants Adam D. Zuckerman; Melissa Eirich, M.D.; and Adam D. Zuckerman, D.C., P.A. d/b/a Chronic Conditions Center a/k/a Regenerative Medicine of South Florida, and the Joint Stipulation of Dismissal with Prejudice [DE 47] by Plaintiff and Defendants GreenSky, LLC, GreenSky Servicing, LLC; and Fifth Third Bank.  Accordingly, it is

    **ORDERED** that:

    1.    Plaintiff's claims are **DISMISSED with prejudice** and the claims asserted on behalf of the absent class members are **DISMISSED without prejudice.**

    2.    All pending motions are denied as moot.

    3.    This case is **CLOSED.**

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of May, 2022.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record